CT Corporation

**Service of Process Transmittal**
03/25/2022
CT Log Number 541289641

TO: Twilla Sawyer
Allianz Global Corporate & Specialty
225 W WASHINGTON ST STE 1800
CHICAGO, IL 60606-3458

RE: **Process Served in Louisiana**

FOR: Interstate Fire & Casualty Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GREEN COAST ENTERPRISES, LLC vs. CERTAIN UNDERWRITERS AT LLOYD'S |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 202201051 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/25/2022 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  Twilla Sawyer  twilla.sawyer@agcs.allianz.com<br><br>Email Notification,  Jamica Davis  jamica.davis@agcs.allianz.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT "A"

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA  70804-9125**

FIRST CLASS

US POSTAGE [PB] PITNEY BOWES

ZIP 70802  **$ 004.48**
02 4W
0000382747 MAR. 24. 2022

7021 1970 0000 4781 0166



SS104 (R 06/18)

7081684378 C070

# State of Louisiana
# Secretary of State

03/24/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

INTERSTATE FIRE & CASUALTY COMPANY
C/O CT CORPORATION SYSTEM
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 20221051
CIVIL DISTRICT COURT
ORLEANS PARISH

GREEN COAST ENTERPRISES, LLC
vs
CERTAIN UNDERWRITERS AT LLOYD'S, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  M. LOCKWOOD

Date: 03/22/2022
Title:  DEPUTY SHERIFF

No: 1229472



DB

ATTORNEY'S NAME:    Pandit, Rajan 32215
AND ADDRESS:        1100 Poydras Street, Suite 1405, New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-01051               DIVISION: C                    SECTION: 10

## GREEN COAST ENTERPRISES, LLC

### Versus

## CERTAIN UNDERWRITERS AT LLOYD'S ET AL

### CITATION

*SERVED ON*
*R. KYLE ARDOIN*

TO:          INTERSTATE FIRE & CASUALTY COMPANY

THROUGH:     ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE

MAR 2 2 2022

             8585 ARCHIVES AVE., BATON ROUGE, LA 70809

*SECRETARY OF STATE*
*COMMERCIAL DIVISION*

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Breach of Contract PLAINTIFF'S PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
        ********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA February 7, 2022**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                               **The Civil District Court**
**New Orleans, LA**                                 **for the Parish of Orleans**
                                                    **State of LA**
                                                    **by** _____
                                                    **Tyme Jones, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Breach of Contract PLAINTIFF'S PETITION** | **Petition for Breach of Contract PLAINTIFF'S PETITION** |
| **ON INTERSTATE FIRE & CASUALTY COMPANY** | **ON INTERSTATE FIRE & CASUALTY COMPANY** |
| **THROUGH: ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE** | **THROUGH: ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **INTERSTATE FIRE & CASUALTY COMPANY** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____/ ENTERED /_____ | Returned the same day |
| PAPER           RETURN | _____ No. _____ |
| _____/_____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**GREEN COAST ENTERPRISES, LLC**

**PLAINTIFF**

**vs.**

**CERTAIN UNDERWRITERS**
**AT LLOYD'S, INTERSTATE**
**FIRE & CASUALTY COMPANY,**
**AND INDEPENDENT SPECIALTY**
**INSURANCE COMPANY**

**DEFENDANTS**

**CIVIL ACTION NO.**
**JUDGE** _2022 - 1051_

### PLAINTIFF'S PETITION

**COMES NOW,** GREEN COAST ENTERPRISES, LLC who files this Petition, against

CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226) subscribing to policy number

VPC-CN-0002071-01, INTERSTATE FIRE & CASULATY COMPANY, AND

INDEPENDENT SPECIALTY INSURANCE COMPANY (hereinafter, referred to as

"Defendants"), and alleges as follows:

### PARTIES

**1.**

Plaintiff, GREEN COAST ENTERPRISES, LLC ("Plaintiff"), is a limited liability

company authorized to do and is doing business in the State of Louisiana.

**2.**

Made Defendant herein is CERTAIN UNDERWRITERS AT LLOYD'S (Consortium

#9226) subscribing to policy number VPC-CN-0002071-01, a foreign insurance company, which

may be served through its registered agent for service of process, the Louisiana Secretary of

State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

Made Defendant herein is INTERSTATE FIRE & CASUALTY COMPANY a foreign

insurance company, which may be served through its registered agent for service of process, the

Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

Made Defendant herein is INDEPENDENT SPECIALTY INSURANCE COMPANY a

foreign insurance company, which may be served through its registered agent for service of

1

process, the Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

**VENUE**

**3.**

Venue is proper in this Honorable Court pursuant to Article 76 of the Louisiana Code of Civil Procedure.

**FACTUAL BACKGROUND**

**4.**

At all times relevant hereto, Defendants provided Plaintiff a policy of insurance, bearing policy numbers VPC-CN0002071-01, VRX-CN-0002071-01, and VIS-CN-000207-01 (hereafter the "Policy") which covered the property located at 234 Loyola Avenue, New Orleans, LA 70112 (hereinafter referred to as "Insured Premise") against loss and damage caused by, among other perils, wind, hail, and water. The policy was in full force and effect at the time of the covered loss events that are the subject of the instant lawsuit.

**5.**

On or about February 5, 2020, Plaintiff's property sustained damages as a result of a hailstorm that struck the area.

**6.**

In compliance with the policy, Plaintiff provided notice of the loss event to Defendants.

**7.**

To date, no payments have been made under the policy.

**8.**

As a result of Defendants' non-payment under the policy, Plaintiff had to retain undersigned counsel to bring the claims to a conclusion and final resolution.

**9.**

Defendants' failure to pay benefits owed under the policy has placed the Insured Premise at risk.

**10.**

2

Because of Defendants' failure to compensate Plaintiff for losses that are covered and owed under the policy, Plaintiff has and will continue to sustain and/or incur additional business losses and extra expenses, including increased costs of construction.

## CAUSES OF ACTION

### A. Breach of Insurance Contract

**11.**

Plaintiff realleges and re-avers the allegations contained in the preceding paragraphs above, as if restated herein.

**12.**

The policy is an insurance contract between Plaintiff and Defendants that provides coverage for the loss resulting from the hailstorm.

**13.**

Defendants failed to tender adequate funds that are owed to Plaintiff under the policy.

**14.**

Upon information and belief, Defendants have breached the insurance contract by, among other things:

    (i)   Failing to tender undisputed insurance proceeds; and

    (ii)  failing to adequately compensate Plaintiff for the damages to the Insured Premise, as required by the policy.

**15.**

Plaintiff has suffered and will continue to suffer damages as a result of Defendants' breaches of the insurance contract.

## DAMAGES

**16.**

As a result of the actions of Defendants, Plaintiff has suffered the following nonexclusive list of past, present, and future damages, in amounts reasonable in the premises:

    a.   Damage to the building and other structures located at the Insured Premise;

    b.   Mitigation, remediation and repair costs;

c.   Diminution in value;

d.   Lost and/or damaged personal property;

e.   Loss and damage due to delays and / or inability to make appropriate repairs as a result of inadequate insurance payments;

f.   Business loss and extra expenses;

g.   Loss of economic opportunities;

h.   Any and all other applicable damages covered under any of the applicable coverages afforded under the policy's sub-coverage limits, including but not limited to demolition, debris removal, increased cost of construction;

i.   Any and all other consequential damages caused by Defendants' breaches;

j.   Attorney's fees and costs of these proceedings, and all other costs incurred prior to this litigation as a result of Defendants' breaches; and

k.   Any and all other damages that are shown through discovery and/or proven at the trial of this matter.

## REQUEST FOR RELIEF

## 17.

**WHEREFORE**, Plaintiff, Green Coast Enterprises, LLC, prays that, after due proceedings, there be a judgment rendered herein in Plaintiff's favor and against Defendants, Certain Underwriters at Lloyd's (Consortium #9226) subscribing to policy number VPC-CN-0002071-01, Interstate Fire & Casualty Company, and Independent Specialty Insurance Company, for the full amounts due under the terms of the coverages provided by Defendants' insurance policy, for actual damages, costs, and expenses, and for such other damages as would reasonably and justly compensate Plaintiff in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, and for any and all other general and equitable relief that may be appropriate.

*[Signature block on following page]*

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: _____

**RAJAN PANDIT**, Bar No. 32215
**JOHN MARK FEZIO**, Bar No. 29861
**701 Poydras Street, Suite 3950**
**New Orleans, LA 70139**
**Telephone:    (504) 313-3800**
**Facsimile:    (504) 313-3820**

**ATTORNEYS FOR PLAINTIFF**

PLEASE ISSUE A CITATION AND SERVE

CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226)
subscribing to policy number VPC-CN-0002071-01
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

INTERSTATE FIRE & CASUALTY COMPANY
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

INDEPENDENT SPECIALTY INSURANCE COMPANY
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

# State of Louisiana
# Secretary of State



03/24/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

INDEPENDENT SPECIALTY INSURANCE COMPANY
1900 L. DON DODSON DR.
BEDFORD, TX 76021

Suit No.: 20221051
CIVIL DISTRICT COURT
ORLEANS PARISH

GREEN COAST ENTERPRISES, LLC
vs
CERTAIN UNDERWRITERS AT LLOYD'S, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 03/22/2022
Title: DEPUTY SHERIFF

**No: 1229473**



DB

ATTORNEY'S NAME:   Pandit, Rajan 32215
AND ADDRESS:       1100 Poydras Street, Suite 1405 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-01051              **DIVISION: C**              SECTION: 10

## GREEN COAST ENTERPRISES, LLC

### Versus

## CERTAIN UNDERWRITERS AT LLOYD'S ET AL

### CITATION

SERVED ON
R. KYLE ARDOIN

TO:        INDEPENDENT SPECIALTY INSURANCE COMPANY

THROUGH:   ITS AGENT FOR SERVICE: LOUISIANA SECRETARY IF STATE    MAR 2 2 2022

8585 ARCHIVES AVE., BATON ROUGE, LA 70809

SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Breach of Contract PLAINTIFF'S PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 7, 2022**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
**Tyme Jones, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Breach of Contract PLAINTIFF'S PETITION** | **Petition for Breach of Contract PLAINTIFF'S PETITION** |
| ON **INDEPENDENT SPECIALTY INSURANCE COMPANY** | ON **INDEPENDENT SPECIALTY INSURANCE COMPANY** |
| THROUGH: **ITS AGENT FOR SERVICE: LOUISIANA SECRETARY IF STATE** | THROUGH: **ITS AGENT FOR SERVICE: LOUISIANA SECRETARY IF STATE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said **INDEPENDENT SPECIALTY INSURANCE COMPANY** being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10857780                          Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**GREEN COAST ENTERPRISES, LLC**

**PLAINTIFF**

**vs.**

**CERTAIN UNDERWRITERS**
**AT LLOYD'S, INTERSTATE**
**FIRE & CASUALTY COMPANY,**
**AND INDEPENDENT SPECIALTY**
**INSURANCE COMPANY**

**DEFENDANTS**

**CIVIL ACTION NO.**
**JUDGE** ⟋𝟤𝟢𝟤𝟤 − 𝟣𝟢𝟧𝟣

**PLAINTIFF'S PETITION**

**COMES NOW,** GREEN COAST ENTERPRISES, LLC who files this Petition, against CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226) subscribing to policy number VPC-CN-0002071-01, INTERSTATE FIRE & CASUALTY COMPANY, AND INDEPENDENT SPECIALTY INSURANCE COMPANY (hereinafter, referred to as "Defendants"), and alleges as follows:

**PARTIES**

**1.**

Plaintiff, GREEN COAST ENTERPRISES, LLC ("Plaintiff"), is a limited liability company authorized to do and is doing business in the State of Louisiana.

**2.**

Made Defendant herein is CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226) subscribing to policy number VPC-CN-0002071-01, a foreign insurance company, which may be served through its registered agent for service of process, the Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

Made Defendant herein is INTERSTATE FIRE & CASUALTY COMPANY a foreign insurance company, which may be served through its registered agent for service of process, the Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

Made Defendant herein is INDEPENDENT SPECIALTY INSURANCE COMPANY a foreign insurance company, which may be served through its registered agent for service of

1

process, the Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

## VENUE

### 3.

Venue is proper in this Honorable Court pursuant to Article 76 of the Louisiana Code of Civil Procedure.

## FACTUAL BACKGROUND

### 4.

At all times relevant hereto, Defendants provided Plaintiff a policy of insurance, bearing policy numbers VPC-CN0002071-01, VRX-CN-0002071-01, and VIS-CN-000207-01 (hereafter the "Policy") which covered the property located at 234 Loyola Avenue, New Orleans, LA 70112 (hereinafter referred to as "Insured Premise") against loss and damage caused by, among other perils, wind, hail, and water. The policy was in full force and effect at the time of the covered loss events that are the subject of the instant lawsuit.

### 5.

On or about February 5, 2020, Plaintiff's property sustained damages as a result of a hailstorm that struck the area.

### 6.

In compliance with the policy, Plaintiff provided notice of the loss event to Defendants.

### 7.

To date, no payments have been made under the policy.

### 8.

As a result of Defendants' non-payment under the policy, Plaintiff had to retain undersigned counsel to bring the claims to a conclusion and final resolution.

### 9.

Defendants' failure to pay benefits owed under the policy has placed the Insured Premise at risk.

### 10.

Because of Defendants' failure to compensate Plaintiff for losses that are covered and owed under the policy, Plaintiff has and will continue to sustain and/or incur additional business losses and extra expenses, including increased costs of construction.

## CAUSES OF ACTION

**A. Breach of Insurance Contract**

### 11.

Plaintiff realleges and re-avers the allegations contained in the preceding paragraphs above, as if restated herein.

### 12.

The policy is an insurance contract between Plaintiff and Defendants that provides coverage for the loss resulting from the hailstorm.

### 13.

Defendants failed to tender adequate funds that are owed to Plaintiff under the policy.

### 14.

Upon information and belief, Defendants have breached the insurance contract by, among other things:

    (i)    Failing to tender undisputed insurance proceeds; and

    (ii)    failing to adequately compensate Plaintiff for the damages to the Insured Premise, as required by the policy.

### 15.

Plaintiff has suffered and will continue to suffer damages as a result of Defendants' breaches of the insurance contract.

## DAMAGES

### 16.

As a result of the actions of Defendants, Plaintiff has suffered the following nonexclusive list of past, present, and future damages, in amounts reasonable in the premises:

    a.    Damage to the building and other structures located at the Insured Premise;

    b.    Mitigation, remediation and repair costs;

c.    Diminution in value;

d.    Lost and/or damaged personal property;

e.    Loss and damage due to delays and / or inability to make appropriate repairs as a result of inadequate insurance payments;

f.    Business loss and extra expenses;

g.    Loss of economic opportunities;

h.    Any and all other applicable damages covered under any of the applicable coverages afforded under the policy's sub-coverage limits, including but not limited to demolition, debris removal, increased cost of construction;

i.    Any and all other consequential damages caused by Defendants' breaches;

j.    Attorney's fees and costs of these proceedings, and all other costs incurred prior to this litigation as a result of Defendants' breaches; and

k.    Any and all other damages that are shown through discovery and/or proven at the trial of this matter.

## REQUEST FOR RELIEF

### 17.

**WHEREFORE**, Plaintiff, Green Coast Enterprises, LLC, prays that, after due proceedings, there be a judgment rendered herein in Plaintiff's favor and against Defendants, Certain Underwriters at Lloyd's (Consortium #9226) subscribing to policy number VPC-CN-0002071-01, Interstate Fire & Casualty Company, and Independent Specialty Insurance Company, for the full amounts due under the terms of the coverages provided by Defendants' insurance policy, for actual damages, costs, and expenses, and for such other damages as would reasonably and justly compensate Plaintiff in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, and for any and all other general and equitable relief that may be appropriate.

*[Signature block on following page]*

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: _____

**RAJAN PANDIT**, Bar No. 32215
**JOHN MARK FEZIO**, Bar No. 29861
**701 Poydras Street, Suite 3950**
**New Orleans, LA 70139**
**Telephone:    (504) 313-3800**
**Facsimile:     (504) 313-3820**

**ATTORNEYS FOR PLAINTIFF**

**PLEASE ISSUE A CITATION AND SERVE**

CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226)
subscribing to policy number VPC-CN-0002071-01
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

INTERSTATE FIRE & CASUALTY COMPANY
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

INDEPENDENT SPECIALTY INSURANCE COMPANY
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**A TRUE COPY**

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA



RECEIVED
MAR 21 2022
E.B.R. Sheriff Office



US POSTAGE PITNEY BOWES

ZIP 70802
02 4W
0000382747 MAR  24  2022

$ 004.48⁰

Received

MAR 2 8 2022

Compliance Dept

## State of Louisiana
## Secretary of State

03/24/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CERTAIN UNDERWRITERS AT LLOYDS
C/O LLOYD'S AMERICA INC.
ATTN: BARBARA DEMOSTHENE, LITIGATION COUNSEL
280 PARK AVENUE, 25TH FLOOR EAST TOWER
NEW YORK, NY  10017

Suit No.: 20221051
CIVIL DISTRICT COURT
ORLEANS PARISH

GREEN COAST ENTERPRISES, LLC
vs
CERTAIN UNDERWRITERS AT LLOYD'S, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  M. LOCKWOOD

Date: 03/22/2022
Title:  DEPUTY SHERIFF

No: 1229471



DB

**ATTORNEY'S NAME:** Pandit, Rajan 32215 ,
**AND ADDRESS:** 1100 Poydras Street, Suite 1405 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-01051 | DIVISION: C | SECTION: 10 |
| --- | --- | --- |

## GREEN COAST ENTERPRISES, LLC

### Versus

## CERTAIN UNDERWRITERS AT LLOYD'S ET AL

### CITATION

SERVED ON
R. KYLE ARDOIN

TO: CERTAIN UNDERWRITERS AT LLOYD'S (CONSORTIUM #9226) SUBSCRIBING TO POLICY NUMBER VPC-CN-0002071-01

MAR 2 2 2022

THROUGH: ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE

SECRETARY OF STATE
COMMERCIAL DIVISION

8585 ARCHIVES AVE. , BATON ROUGE , LA 70809

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Breach of Contract PLAINTIFF'S PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA February 7, 2022**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Tyme Jones, Deputy Clerk

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
| --- | --- |
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| Petition for Breach of Contract PLAINTIFF'S PETITION | Petition for Breach of Contract PLAINTIFF'S PETITION |
| ON CERTAIN UNDERWRITERS AT LLOYD'S (CONSORTIUM #9226) SUBSCRIBING TO POLICY NUMBER VPC-CN-0002071-01 | ON CERTAIN UNDERWRITERS AT LLOYD'S (CONSORTIUM #9226) SUBSCRIBING TO POLICY NUMBER VPC-CN-0002071-01 |
| THROUGH: ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE | THROUGH: ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CERTAIN UNDERWRITERS AT LLOYD'S (CONSORTIUM #9226) SUBSCRIBING TO POLICY NUMBER VPC-CN-0002071-01 being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER                    RETURN | Deputy Sheriff of _____ |
| _____ /        _____ / | |
| SERIAL NO.      DEPUTY      PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

     A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

     B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

     C. The court may grant additional time for answering.

     Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**GREEN COAST ENTERPRISES, LLC**

**PLAINTIFF**

**vs.**                                              **CIVIL ACTION NO.**
                                                     **JUDGE** 2-0 2 2 - lu 5 l

**CERTAIN UNDERWRITERS**
**AT LLOYD'S, INTERSTATE**
**FIRE & CASUALTY COMPANY,**
**AND INDEPENDENT SPECIALTY**
**INSURANCE COMPANY**

**DEFENDANTS**

### PLAINTIFF'S PETITION

**COMES NOW,** GREEN COAST ENTERPRISES, LLC who files this Petition, against

CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226) subscribing to policy number

VPC-CN-0002071-01, INTERSTATE FIRE & CASUALTY COMPANY, AND

INDEPENDENT SPECIALTY INSURANCE COMPANY (hereinafter, referred to as

"Defendants"), and alleges as follows:

### PARTIES

**1.**

Plaintiff, GREEN COAST ENTERPRISES, LLC ("Plaintiff"), is a limited liability

company authorized to do and is doing business in the State of Louisiana.

**2.**

Made Defendant herein is CERTAIN UNDERWRITERS AT LLOYD'S (Consortium

#9226) subscribing to policy number VPC-CN-0002071-01, a foreign insurance company, which

may be served through its registered agent for service of process, the Louisiana Secretary of

State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

Made Defendant herein is INTERSTATE FIRE & CASUALTY COMPANY a foreign

insurance company, which may be served through its registered agent for service of process, the

Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

Made Defendant herein is INDEPENDENT SPECIALTY INSURANCE COMPANY a

foreign insurance company, which may be served through its registered agent for service of

process, the Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

## VENUE

### 3.

Venue is proper in this Honorable Court pursuant to Article 76 of the Louisiana Code of Civil Procedure.

## FACTUAL BACKGROUND

### 4.

At all times relevant hereto, Defendants provided Plaintiff a policy of insurance, bearing policy numbers VPC-CN0002071-01, VRX-CN-0002071-01, and VIS-CN-000207-01 (hereafter the "Policy") which covered the property located at 234 Loyola Avenue, New Orleans, LA 70112 (hereinafter referred to as "Insured Premise") against loss and damage caused by, among other perils, wind, hail, and water. The policy was in full force and effect at the time of the covered loss events that are the subject of the instant lawsuit.

### 5.

On or about February 5, 2020, Plaintiff's property sustained damages as a result of a hailstorm that struck the area.

### 6.

In compliance with the policy, Plaintiff provided notice of the loss event to Defendants.

### 7.

To date, no payments have been made under the policy.

### 8.

As a result of Defendants' non-payment under the policy, Plaintiff had to retain undersigned counsel to bring the claims to a conclusion and final resolution.

### 9.

Defendants' failure to pay benefits owed under the policy has placed the Insured Premise at risk.

### 10.

Because of Defendants' failure to compensate Plaintiff for losses that are covered and owed under the policy, Plaintiff has and will continue to sustain and/or incur additional business losses and extra expenses, including increased costs of construction.

## CAUSES OF ACTION

### A.  Breach of Insurance Contract

**11.**

Plaintiff realleges and re-avers the allegations contained in the preceding paragraphs above, as if restated herein.

**12.**

The policy is an insurance contract between Plaintiff and Defendants that provides coverage for the loss resulting from the hailstorm.

**13.**

Defendants failed to tender adequate funds that are owed to Plaintiff under the policy.

**14.**

Upon information and belief, Defendants have breached the insurance contract by, among other things:

    (i)   Failing to tender undisputed insurance proceeds; and

    (ii)  failing to adequately compensate Plaintiff for the damages to the Insured Premise, as required by the policy.

**15.**

Plaintiff has suffered and will continue to suffer damages as a result of Defendants' breaches of the insurance contract.

## DAMAGES

**16.**

As a result of the actions of Defendants, Plaintiff has suffered the following nonexclusive list of past, present, and future damages, in amounts reasonable in the premises:

    a.   Damage to the building and other structures located at the Insured Premise;

    b.   Mitigation, remediation and repair costs;

c.   Diminution in value;

d.   Lost and/or damaged personal property;

e.   Loss and damage due to delays and / or inability to make appropriate repairs as a result of inadequate insurance payments;

f.   Business loss and extra expenses;

g.   Loss of economic opportunities;

h.   Any and all other applicable damages covered under any of the applicable coverages afforded under the policy's sub-coverage limits, including but not limited to demolition, debris removal, increased cost of construction;

i.   Any and all other consequential damages caused by Defendants' breaches;

j.   Attorney's fees and costs of these proceedings, and all other costs incurred prior to this litigation as a result of Defendants' breaches; and

k.   Any and all other damages that are shown through discovery and/or proven at the trial of this matter.

## REQUEST FOR RELIEF

### 17.

**WHEREFORE**, Plaintiff, Green Coast Enterprises, LLC, prays that, after due proceedings, there be a judgment rendered herein in Plaintiff's favor and against Defendants, Certain Underwriters at Lloyd's (Consortium #9226) subscribing to policy number VPC-CN-0002071-01, Interstate Fire & Casualty Company, and Independent Specialty Insurance Company, for the full amounts due under the terms of the coverages provided by Defendants' insurance policy, for actual damages, costs, and expenses, and for such other damages as would reasonably and justly compensate Plaintiff in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, and for any and all other general and equitable relief that may be appropriate.

*[Signature block on following page]*

4

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: _____

**RAJAN PANDIT**, Bar No. 32215
**JOHN MARK FEZIO**, Bar No. 29861
**701 Poydras Street, Suite 3950**
**New Orleans, LA 70139**
**Telephone:    (504) 313-3800**
**Facsimile:    (504) 313-3820**

**ATTORNEYS FOR PLAINTIFF**

**PLEASE ISSUE A CITATION AND SERVE**

CERTAIN UNDERWRITERS AT LLOYD'S (Consortium #9226)
subscribing to policy number VPC-CN-0002071-01
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

INTERSTATE FIRE & CASUALTY COMPANY
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

INDEPENDENT SPECIALTY INSURANCE COMPANY
Through its agent for service:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA





R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA  70804-9125





SS151